**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| DAPHNE NOBLE FREE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 9:17-cv-166 |
| v. | § | |
| | § | JUDGE RON CLARK |
| ALLSTATE INDEMNITY COMPANY, | § | |
| | § | VSL |
| *Defendant.* | § | |

## ORDER GRANTING JOINT MOTION TO REMAND

On September 20, 2017, Defendant removed this case from the 217th Judicial District Court of Angelina County, Texas, on the basis of diversity jurisdiction. (Dkt. # 1). Subsequently, Plaintiff stipulated that the amount in controversy did not exceed $75,000. (Dkt. # 5, at p. 2). The parties have jointly moved to remand this case. (Dkt. # 5).

It is ORDERED that the parties' Joint Motion to Remand (Dkt. # 5) is GRANTED, and this case is REMANDED to the 217th Judicial District Court of Angelina County, Texas.

The Clerk is directed to CLOSE this case.

**So Ordered and Signed**
**Oct 3, 2017**

_____
Ron Clark, United States District Judge